**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-6662**

_____

CHRISTOPHER GAYTON,

        Plaintiff - Appellant,

     v.

OFFICER KUSTANBAUER, Correctional Officer; OFFICER PHILLIPS, Correctional Officer; UNKNOWN ESCORTING OFFICER #2, Correctional Officer; K. LAYBOURNE, Dr., Medical Administrator; OFFICER KULFMAN, Correctional Officer; UNKNOWN ESCORTING OFFICER #1, Correctional Officer,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:16-cv-01577-LMB-MSN)

_____

Submitted: November 16, 2017             Decided: November 20, 2017

_____

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Christopher Gayton, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Gayton appeals the district court's orders dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gayton v. Kustanbauer*, No. 1:16-cv-01577-LMB-MSN (E.D. Va. Feb. 10, 2017; filed Apr. 11, 2017, entered Apr. 12, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*